UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - -

UNITED STATES OF AMERICA

                Plaintiff,          Case No. 1:05 cv 352

v.

                                        Hon. Paul L. Maloney
MARTIN LUTHER MEMORIAL,         U.S. District Judge
HOMES, et al.,

                                        Hon. Ellen S. Carmody
                                        U.S. Magistrate Judge

                Defendants.
_____/

## **STIPULATION TO DISMISS WITH PREJUDICE**

      The parties, by their respective counsel, hereby stipulate to entry of an order dismissing this case with prejudice and without an award of attorneys fees or costs to any party for reason that they have reached an amicable settlement of this matter.

      The parties further stipulate that this Court maintains jurisdiction to enforce the terms of their settlement agreement, with the exception of disputes arising under the Corporate Integrity Agreement, which shall be resolved exclusively under the dispute resolution provisions provided for in that document.

Respectfully submitted,

CHARLES R. GROSS
United States Attorney

Dated: January 29, 2008         /s/ Ronald M. Stella
RONALD M. STELLA
Assistant United States Attorney
PO Box 208
Grand Rapids, Michigan  49501-0208
(616) 456-2404

VARNUM, RIDDERING, SCHMIDT
HOWLETT LLP
Attorneys for Defendants

Dated: January 29, 2008          /s/ Jon M. Bylsma
JON M. BYLSMA.
333 Bridge Street, N.W.
17th Floor
Grand Rapids, Michigan 49504
(616) 336-6480